# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHARLES DEWAYNE BLAKELY | ) | Case No:  5:97CR00214-002 |
| | ) | USM No:  13203-058 |
| Date of Previous Judgment:  June 29, 1998 | ) | Claire J. Rauscher |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■ the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ■ DENIED.   ❒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level:  34 | | Amended Offense Level:  34 | |
| Criminal History Category:  VI | | Criminal History Category:  VI | |
| Previous Guideline Range:  262  to  327  months | | Amended Guideline Range:  262  to  327  months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
The reduced sentence is within the amended guideline range.
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   The application of Amendment 706 results in no change to the Base or Total Offense Levels or the advisory guideline range since the defendant is a "career offender" under USSG §4B1.1.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   June 29, 1998   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   April 17, 2009

Effective Date: _____
          (if different from order date)

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge